ACCEPTED
Cause No. 06-16-00130-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/29/2016 8:22:20 AM
DEBBIE AUTREY
CLERK

Cause No. 06-16-00130-CR

| | | |
|---|---|---|
| JAVONTE DAMONE SANDERS | § | IN THE COURT OF |
| | | 6th COURT OF APPEALS |
| | | TEXARKANA, TEXAS |
| VS. | § | APPEALS, SIXTH DISTRICT 12/29/2016 8:22:20 AM |
| | | DEBBIE AUTREY |
| THE STATE OF TEXAS | § | STATE OF TEXAS Clerk |

## APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now JAVONTE DAMONE SANDERS, Appellant, and files this motion for an extension of 30 days in which to file the appellate brief. In support of this motion, appellant shows the court the following:

I.

On July 19, 2016, undersigned counsel received an appointment from the Harrison County Court at Law to represent Appellant.

II.

The deadline for filing the appellate brief is December 30, 2016. The appellant has requested one extension of sixty days prior to this request through undersigned counsel, but that extension was only partially granted for thirty days.

III.

Appellant's request for an extension is based upon the following facts: Undersigned counsel. Undersigned counsel is currently preparing for a January 3, 2017 setting in a murder trial in cause No. 16-0004X styled, "State v. Marilyn Marche Kirkland." Prior to this setting, undersigned counsel had been preparing for another murder trial set in November of this year. Undersigned counsel had the unusual circumstance of having this brief come due in between two murder trials set within approximately sixty days of one another while keeping up with the demands of general practice.

IV.

Undersigned counsel understands that requests for extensions of time are not favored. Given the length of the record and complexity of the issues involved, the undersigned finds it necessary to request an extension of thirty (30) days to complete his duties to Appellant and to properly prepare in other matters.

WHEREFORE, appellant prays the court grant this motion and extend the deadline for filing the appellate brief to January 29, 2016.

RESPECTFULLY SUBMITTED,

SCOTT RECTENWALD
110 W. FANNIN
Marshall, Texas 75670
(903) 938-3300
(903) 938-3310 FAX

/S/ Scott Rectenwald
Scott Rectenwald
SBOT # 00794510
Attorney for Appellant

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing motion was delivered to the office of the Harrison County District Attorney on December 29, 2016

/S/ Scott Rectenwald

## Certificate of Conference

The undersigned certifies that he has consulted with Laura Carperter, Assistant D.A. for Harrison County, Texas, and she indicates that she has no opposition to the foregoing motion.

/S/ Scott Rectenwald